FILED IN OPEN COURT
U.S.D.C. Atlanta

FEB 19 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| UNITED STATES OF AMERICA | : | CRIMINAL INDICTMENT |
|---|---|---|
| v. | : | |
| | : | NO. 1:08-CR-043-CC-AJB |
| RICHARD E. LONG | : | |

## VERDICT

**INSTRUCTIONS**: If you reach a unanimous decision as to defendant RICHARD E. LONG as to any count, please write in the blank space below the word or words, "GUILTY" or "NOT GUILTY", that reflect your verdict.

1. We, the jury, find the defendant _Not Guilty_, as to Count One.

   If you find the defendant guilty, please proceed to answer subpart (A) below and complete the remainder of this form. If you find the defendant not guilty, please proceed to question 2 and complete the remainder of this form.

   (A)   Please review the Indictment and indicate below which of the charged acts defendant engaged in:

   1(a) _____ and/or
   1(b) _____
   1(c) _____

2. We, the jury, find the defendant _Not Guilty_, as to Count 41.

3. We, the jury, find the defendant _Not Guilty_, as to Count 42.

4. We, the jury, find the defendant _Not Guilty_, as to Count 43.

5. We, the jury, find the defendant _Not Guilty_, as to Count 44.

6. We, the jury, find the defendant __Not Guilty__, as to Count 45.

7. We, the jury, find the defendant __Not Guilty__, as to Count 46.

8. We, the jury, find the defendant __Not Guilty__, as to Count 47.

9. We, the jury, find the defendant __Not Guilty__, as to Count 48.

10. We, the jury, find the defendant __Not Guilty__, as to Count 49.

11. We, the jury, find the defendant __Not Guilty__, as to Count 50.

12. We, the jury, find the defendant __Not Guilty__, as to Count 51.

13. We, the jury, find the defendant __Not Guilty__, as to Count 52.

14. We, the jury, find the defendant __Not Guilty__, as to Count 53.

15. We, the jury, find the defendant __Not Guilty__, as to Count 54.

16. We, the jury, find the defendant __Not Guilty__, as to Count 55.

17. We, the jury, find the defendant __Not Guilty__, as to Count 56.

18. We, the jury, find the defendant __Not Guilty__, as to Count 57.

19. We, the jury, find the defendant __Not Guilty__, as to Count 58.

20. We, the jury, find the defendant __Not Guilty__, as to Count 59.

21. We, the jury, find the defendant __Not Guilty__, as to Count 60.

22. We, the jury, find the defendant __Guilty__, as to Count 61.

23. We, the jury, find the defendant __Guilty__, as to Count 62.

24. We, the jury, find the defendant __Guilty__, as to Count 63.

25. We, the jury, find the defendant __Guilty__, as to Count 64.

26. We, the jury, find the defendant __Guilty__, as to Count 65.

27. We, the jury, find the defendant __Guilty__, as to Count 66.

28. We, the jury, find the defendant __Guilty__, as to Count 67.

29. We, the jury, find the defendant __Guilty__, as to Count 68.

30. We, the jury, find the defendant __Guilty__, as to Count 69.

31. We, the jury, find the defendant __Guilty__, as to Count 70.

32. We, the jury, find the defendant __Guilty__, as to Count 71.

33. We, the jury, find the defendant __Guilty__, as to Count 72.

34. We, the jury, find the defendant __Guilty__, as to Count 73.

35. We, the jury, find the defendant __Guilty__, as to Count 74.

36. We, the jury, find the defendant __Guilty__, as to Count 75.

37. We, the jury, find the defendant __Guilty__, as to Count 76.

38. We, the jury, find the defendant __Guilty__, as to Count 77.

39. We, the jury, find the defendant __Guilty__, as to Count 78.

40. We, the jury, find the defendant __Not Guilty__, as to Count 80.

41. We, the jury, find the defendant __Not Guilty__, as to Count 81.

42. We, the jury, find the defendant __Not Guilty__, as to Count 82.

43. We, the jury, find the defendant __Not Guilty__, as to Count 83.

44. We, the jury, find the defendant __Not Guilty__, as to Count 84.

45. We, the jury, find the defendant __Not Guilty__, as to Count 85.

46. We, the jury, find the defendant __Not Guilty__, as to Count 86.

47. We, the jury, find the defendant __Not Guilty__, as to Count 87.

48. We, the jury, find the defendant __Not Guilty__, as to Count 88.

49. We, the jury, find the defendant __Not Guilty__, as to Count 89.

50. We, the jury, find the defendant __Not Guilty__, as to Count 90.

51. We, the jury, find the defendant __Not Guilty__, as to Count 91.

52. We, the jury, find the defendant __Not Guilty__, as to Count 92.

53. We, the jury, find the defendant __Not Guilty__, as to Count 93.

54. We, the jury, find the defendant __Not Guilty__, as to Count 94.

55. We, the jury, find the defendant __Not Guilty__, as to Count 95.

56. We, the jury, find the defendant __Not Guilty__, as to Count 96.

57. We, the jury, find the defendant __Not Guilty__, as to Count 97.

58. We, the jury, find the defendant __Not Guilty__, as to Count 98.

59. We, the jury, find the defendant __Guilty__, as to Count 99.

60. We, the jury, find the defendant __Guilty__, as to Count 100.

61. We, the jury, find the defendant __Guilty__, as to Count 101.

62. We, the jury, find the defendant __Guilty__, as to Count 102.

63. We, the jury, find the defendant __Guilty__, as to Count 103.

64. We, the jury, find the defendant __Guilty__, as to Count 104.

65. We, the jury, find the defendant __Guilty__, as to Count 105.

This __19th__ day of February, 2009.

_____
(Sign)   Foreperson

_____
DANIEL T. TIEDT
(Print)   Foreperson